

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00588-CV

John M. **DONOHUE**,
Appellant

v.

Denise **MARTINEZ** and Martha Donohue,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22527
Honorable Peter Sakai, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against Appellant in relation to this appeal because he qualifies as indigent under Tex. R. App. P. 20.

It is so **ORDERED** on September 26, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court